# *Memorandum*


FILED
CLERK, U.S. DISTRICT COURT
1/17/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VAV___ DEPUTY

2:23-cr-00019-DSF



| Subject: | Date: |
|---|---|
| United States v. <br> JAMES ARTHUR MCDONALD, JR. | January 13, 2023 |
| To: | From: |
| KIRY K. GRAY <br> Clerk, United States District Court <br> Central District of California | ALEXANDER B. SCHWAB <br> Assistant United States Attorney <br> Criminal Division |

The above-referenced matter, being filed on January 17, 2023:

- Relates to a matter in which Assistant United States Attorney Carolyn S. Small is or has been personally involved while employed in the USAO and should therefore not be assigned to the Honorable Stanley Blumenfeld Jr.

_____
ALEXANDER B. SCHWAB
Assistant United States Attorney